IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
OCT 17 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN RE: INFORMATION ASSOCIATED
WITH GAB AI, INC. ACCOUNTS/USER
IDS: @CHAD_BAGWELL, CHAD
BAGWELL, AND PAUL ROSENFELD'S
CHEMIST THAT ARE STORED AT
PREMISES CONTROLLED BY GAB AI,
INC.

Case No. 3:18SW271

**Filed Under Seal**

## ORDER

WHEREAS, the United States has moved to seal the search warrant and all accompanying documents, the related notice preclusion order and all accompanying documents, and the Memorandum in Support of its motion, pursuant to Rule 49(B) of the Local Criminal Rules for this Court; and

WHEREAS, the Court, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the search warrant and all accompanying documents, the related notice preclusion order and all accompanying documents, and the Memorandum in Support of its motion, will be SEALED for a period of two years from the date of this Order, or until further order of the Court. The public is given

notice to object by this Order and may request a hearing before this Court on the question of whether the above-captioned matter should be unsealed.

IT IS SO ORDERED.

/s/ _____
Roderick C. Young
United States Magistrate Judge

Date 10/17/2018
Richmond, Virginia